# EXHIBIT G



Internet  Mobile  TV & Streaming  Home Security  Home Phone  Build Your Plan  Rewards  Comcast Business

# Xfinity is available at your address. Build your plan.

 Internet                                                                                   Close ✕

## Choose your speed

🔒  **These offers include term contracts with additional savings**                    TERM CONTRACT  ◯

 SERVICES —— EQUIPMENT AND ADD-ONS —— CREATE ID & CHECKOUT

I'LL USE MODEM + ROUTER INCLUDED IN MY PLAN                    $0.00/mo    Back    Next

### Unlimited data with WiFi equipment included
**INTERNET ESSENTIALS**
**50** MBPS

Must show proof of ACP enrollment since Sept 2023 within 60 days or you will be moved to Connect tier of service.

**$9.95/mo**

No term contract. Terms subject to change. Auto-pay & paperless bill discount does not apply.

---

### Unlimited data with WiFi equipment included
**INTERNET ESSENTIALS PLUS**
**100** MBPS

Must show proof of ACP enrollment since Sept 2023 within 60 days or you will be moved to Connect tier of service.

**$29.95/mo**

No term contract. Terms subject to change. Auto-pay & paperless bill discount does not apply.

---

### CONNECT
**150** MBPS

**$19.99/mo**

For 12 months, 1-year term contract. Taxes and equipment not included. Incl. up to $10/mo. auto-pay & paperless bill discount.

---

### WiFi equipment included
**CONNECT MORE**
**300** MBPS

$ Save up to $20/mo with Mobile

**$30/mo**

For 24 month, no term contract. Taxes not included. Incl. up to $10/mo. auto-pay & paperless bill discount.

---

### Unlimited data with WiFi equipment included
**FAST**
**500** MBPS

$ Save up to $40/mo with Mobile

**$50/mo**

For 24 month, no term contract. Taxes not included. Incl. up to $10/mo. auto-pay & paperless bill discount.

---

### Unlimited data with WiFi equipment included
**SUPERFAST**
**800** MBPS

$ Save up to $40/mo with Mobile

**$60/mo**

For 24 month, no term contract. Taxes not included. Incl. up to $10/mo. auto-pay & paperless bill discount.

---

### Unlimited data, WiFi equipment and Peacock Premium included
**GIGABIT**
**1000** MBPS

$ Save up to $40/mo with Mobile

**$65/mo**

For 24 month, no term contract. Taxes not included. Incl. up to $10/mo. auto-pay & paperless bill discount.

---

### Unlimited data, WiFi equipment and Peacock Premium included
**GIGABIT EXTRA**
**1200** MBPS

$ Save up to $40/mo with Mobile

**$70/mo**

For 24 month, no term contract. Taxes not included. Incl. up to $10/mo. auto-pay & paperless bill discount.



### Add live sports, movies & shows for $20/mo

With NOW TV, you can stream 40+ live TV as well as On Demand channels, and enjoy access to Peacock Premium at no extra cost. Continue with the Internet plan that best suits your needs, and add NOW TV during checkout.

Pricing & other info

## TV                                    Add +

## Home Phone                            Add +

## Home Security                         Add +



