# COUNTERCLAIMS EXHIBIT A






## NOTES

THIS AREA IS SUBJECT TO THE NORMAL EVERYDAY SOUNDS, ODORS, SIGHTS, FACILITIES, AND ALL OTHER ASPECTS ASSOCIATED WITH AN AGRICULTURAL LIFESTYLE. FUTURE RESIDENTS SHOULD ALSO RECOGNIZE THE RISKS INHERENT WITH LIVESTOCK.

○ FOUND 5/8" REBAR AND CAP
• SET 5/8" REBAR AND CAP
⊕ SET 3" BRASS CAP

ALL P.U.E.'S ARE 10' WIDE UNLESS OTHERWISE NOTED.

ZONING: PLANNED COMMUNITY MEDIUM DENSITY.

THE AREAS DESIGNATED HEREON AS T.M. UTILITY ARE PRIVATE UTILITY EASEMENTS AND ARE NOT DEDICATED FOR USE BY THE GENERAL PUBLIC BUT ARE FOR THE USE OF THOSE PRIVATE UTILITIES AND TELECOMMUNICATIONS PROVIDERS AUTHORIZED BY SUBDIVIDER, ITS SUCCESSORS AND ASSIGNS, PURSUANT TO A WRITTEN AGREEMENT

ALL COMMON AREA TO BE OWNED & MAINTAINED BY HOME OWNERS ASSOCIATION

INDIVIDUAL LOT WILL BE RESPONSIBLE TO HAVE OWN DRAINAGE.

HOME OWNERS ASSOCIATION WILL OWN AND MAINTAIN LANDSCAPING ALONG TRAVERSE MOUNTAIN BLVD.

STORM DRAINAGE IS DETAINED IN DETENTION BASIN CONSTRUCTED IN HARVEST HOMES SUBDIVISION PLAT ONE.

I:\2001\005_TravMtnPod4\LOT-9\LOT-9C.dgn 12/20/02

10077-113

## CURVE TABLE

| CURVE | DELTA | RADIUS | LENGTH | CHORD | BEARING |
|---|---|---|---|---|---|
| 92 | 84°19'01" | 122.00 | 179.54 | 163.77 | S73°26'33"W |
| 93 | 03°29'12" | 122.00 | 7.42 | 7.42 | N62°39'20"W |
| 100 | 15°32'38" | 178.00 | 48.29 | 48.14 | N65°36'07"E |
| 101 | 14°50'19" | 178.00 | 46.10 | 45.97 | N80°47'36"E |
| 102 | 14°37'46" | 178.00 | 45.45 | 45.33 | S84°28'22"E |
| 103 | 16°14'44" | 178.00 | 50.47 | 50.30 | S69°02'07"E |
| 104 | 11°41'04" | 178.00 | 36.30 | 36.24 | S55°04'13"E |
| 105 | 16°39'26" | 178.00 | 51.75 | 51.57 | S40°53'58"E |
| 106 | 13°56'48" | 178.00 | 43.33 | 43.22 | S25°35'51"E |
| 107 | 15°19'27" | 178.00 | 47.61 | 47.47 | S10°57'43"E |
| 108 | 57°36'45" | 178.00 | 178.98 | 171.54 | S32°06'22"E |
| 109 | 57°36'45" | 150.00 | 150.83 | 144.55 | S32°06'22"E |
| 110 | 57°36'45" | 122.00 | 122.67 | 117.57 | S32°06'22"E |
| 111 | 24°01'35" | 122.00 | 51.16 | 50.79 | N48°53'57"W |
| 112 | 33°35'09" | 122.00 | 71.51 | 70.50 | N20°05'34"W |
| 113 | 02°29'23" | 178.00 | 7.74 | 7.73 | S02°03'18"E |
| 114 | 06°26'39" | 178.00 | 20.02 | 20.01 | N02°24'44"E |
| 115 | 15°29'14" | 178.00 | 48.11 | 47.97 | S13°22'40"W |
| 116 | 12°24'49" | 178.00 | 38.57 | 38.49 | S27°19'42"W |
| 117 | 36°50'06" | 178.00 | 114.43 | 112.47 | S15°07'03"W |
| 118 | 36°50'06" | 150.00 | 96.43 | 94.78 | S15°07'03"W |
| 119 | 36°50'06" | 122.00 | 78.43 | 77.09 | N15°07'03"E |
| 120 | 02°23'58" | 328.00 | 13.74 | 13.74 | S34°44'05"W |
| 121 | 08°56'27" | 328.00 | 51.18 | 51.13 | S40°24'18"W |
| 122 | 09°40'07" | 328.00 | 55.35 | 55.28 | S49°42'35"W |
| 123 | 09°03'33" | 328.00 | 51.86 | 51.81 | S59°04'25"W |
| 124 | 30°04'05" | 328.00 | 172.13 | 170.16 | S48°34'09"W |
| 125 | 30°04'05" | 300.00 | 157.44 | 155.64 | S48°34'09"W |
| 126 | 30°04'05" | 272.00 | 142.74 | 141.11 | S48°34'09"W |
| 127 | 10°16'08" | 272.00 | 48.75 | 48.68 | N38°40'10"E |
| 128 | 12°54'51" | 272.00 | 61.27 | 61.14 | N50°15'25"E |
| 129 | 06°53'35" | 272.00 | 32.72 | 32.70 | N60°09'23"E |
| 130 | 01°39'55" | 272.00 | 7.91 | 7.90 | S62°46'14"W |
| 131 | 11°38'27" | 272.00 | 55.26 | 55.17 | S56°07'03"W |
| 132 | 06°27'00" | 272.00 | 30.62 | 30.60 | S47°04'19"W |
| 133 | 19°45'22" | 272.00 | 93.79 | 93.32 | S53°43'30"W |
| 134 | 19°45'22" | 300.00 | 103.44 | 102.93 | S53°43'30"W |
| 135 | 19°45'22" | 328.00 | 113.10 | 112.54 | S53°43'30"W |
| 136 | 06°40'40" | 328.00 | 38.23 | 38.21 | N60°15'51"E |
| 137 | 09°49'43" | 328.00 | 56.27 | 56.20 | N52°00'39"E |
| 148 | 65°56'12" | 122.00 | 140.40 | 132.78 | S86°07'10"W |
| 151 | 67°00'45" | 150.00 | 175.44 | 165.61 | N85°34'53"W |
| 152 | 67°44'57" | 178.00 | 210.48 | 198.43 | S85°12'47"W |




LOT SETBACK DETAIL

## AREA TABULATION

TOTAL ACREAGE = 6.890
OPEN SPACE ACREAGE = 0.781
LOT ACRES = 4.862
# OF LOTS = 29
ROAD ACRES = 1.247
LANE MILES OF ROAD = 0.184




VICINITY MAP

## ACKNOWLEDGEMENT (CORPORATE)

STATE OF UTAH }
COUNTY OF UTAH } S.S.

ON THE ______ DAY OF ____________, 20___, PERSONALLY APPEARED BEFORE ME, ____________ AND ____________, WHO BEING BY ME DULY SWORN DID SAY, EACH FOR HIMSELF, THAT HE, THE SAID __________ IS THE PRESIDENT AND HE THE SAID ____________ IS THE SECRETARY OF ____________ CORPORATION, AND THAT THE WITHIN AND FOREGOING INSTRUMENT WAS SIGNED IN BEHALF OF SAID CORPORATION BY AUTHORITY OF A RESOLUTION OF ITS BOARD OF DIRECTORS AND SAID __________ AND ____________ EACH DULY ACKNOWLEDGED TO ME THAT SAID CORPORATION EXECUTED THE SAME AND THAT THE SEAL AFFIXED IS THE SEAL OF SAID CORPORATION.

MY COMMISSION EXPIRES: ____________

NOTARY PUBLIC ____________
RESIDING AT: ____________

CORPORATION SEAL

## SURVEYOR'S CERTIFICATE

I, BARRY ANDREASON, DO HEREBY CERTIFY THAT I AM A REGISTERED LAND SURVEYOR, AND THAT I HOLD CERTIFICATE NO. 166572 AS PRESCRIBED UNDER THE LAWS OF THE STATE OF UTAH. I FURTHER CERTIFY BY AUTHORITY OF THE OWNERS, I HAVE MADE A SURVEY OF THE TRACT OF LAND SHOWN ON THIS PLAT AND DESCRIBED BELOW, AND HAVE SUBDIVIDED SAID TRACT OF LAND INTO LOTS, BLOCKS, STREETS, AND EASEMENTS AND THE SAME HAS BEEN CORRECTLY SURVEYED AND STAKED ON THE GROUND AS SHOWN ON THIS PLAT AND THAT THIS PLAT IS TRUE AND CORRECT.

## BOUNDARY DESCRIPTION

COMMENCING AT A POINT WHICH IS WEST 5457.14 FEET AND NORTH 1586.25 FEET FROM THE SOUTHEAST CORNER OF SECTION 30, TOWNSHIP 4 SOUTH, RANGE 1 EAST, SALT LAKE BASE AND MERIDIAN; THENCE AS FOLLOWS: SALT LAKE BASE & MERIDIAN; THENCE AS FOLLOWS:

| COURSE | DISTANCE | REMARKS |
|---|---|---|
| S76° 44'12"W | 185.80' | THENCE; |
| S13° 15'48"E | 10.00' | THENCE; |
| ALONG AN ARC | 69.00' | ALONG A 110.00' RADIUS CURVE TO THE RIGHT THROUGH A CENTRAL |
| | | ANGLE OF 35° 56'30", BEARING N85° 17'33"W 67.88'; THENCE |
| N67° 19'18"W | 275.90' | THENCE; |
| ALONG AN ARC | 79.19' | ALONG A 185.00' RADIUS CURVE TO THE RIGHT THROUGH A CENTRAL |
| | | ANGLE OF 24° 31'30", BEARING N55° 03'33"W; THENCE |
| N42° 47'48"W | 6.40' | THENCE; |
| ALONG AN ARC | 85.56' | ALONG A 185.00' RADIUS CURVE TO THE RIGHT THROUGH A CENTRAL |
| | | ANGLE OF 26° 30'00", BEARING N29'32"48"W 84.80'; THENCE |
| N16° 17'48"W | 4.60' | THENCE; |
| ALONG AN ARC | 95.35' | ALONG A 360.00' RADIUS CURVE TO THE RIGHT THROUGH A CENTRAL |
| | | ANGLE OF 15° 10'30", BEARING N08° 42'33"W 95.07'; THENCE |
| N01° 07'18"W | 84.40' | THENCE; |
| ALONG AN ARC | 95.31' | ALONG A 200.00' RADIUS CURVE TO THE LEFT THROUGH A CENTRAL |
| | | ANGLE OF 27° 18'13", BEARING N14° 46'24"W 94.41'; THENCE |
| N40° 02'54"E | 263.72' | THENCE; |
| N63° 05'56"E | 211.00' | THENCE; |
| N43° 42'05"E | 109.77' | THENCE; |
| S46° 48'13"E | 106.52' | THENCE; |
| S43° 50'49"W | 16.07' | THENCE; |
| S46° 09'12"E | 56.00' | THENCE; |
| S43° 50'49"W | 67.13' | THENCE; |
| ALONG AN ARC | 18.60' | ALONG A 328.00' RADIUS CURVE TO THE RIGHT THROUGH A CENTRAL |
| | | ANGLE OF 03° 14'59", BEARING S45° 28'18"W 18.60'; THENCE |
| S49° 49'32"E | 103.85' | THENCE; |
| S46° 42'00"W | 55.36' | THENCE; |
| S62° 18'48"W | 112.36' | THENCE; |
| S35° 11'52"W | 115.06' | THENCE; |
| S05° 12'58"W | 43.36' | THENCE; |
| S04° 50'27"E | 53.97' | THENCE; |
| S62° 18'27"E | 158.36' | THENCE; |
| ALONG AN ARC | 46.56' | ALONG A 122.00' RADIUS CURVE TO THE RIGHT THROUGH A CENTRAL |
| | | ANGLE OF 21° 52'01", BEARING S42° 13'03"W 46.28'; THENCE |
| S42° 35'56"E | 56.19' | THENCE; |
| ALONG AN ARC | 20.17' | ALONG A 178.00' RADIUS CURVE TO THE RIGHT THROUGH A CENTRAL |
| | | ANGLE OF 06° 29'30", BEARING S54° 35'04"W 20.16'; THENCE |
| S42° 35'56"E | 133.13' | THENCE; |
| S61° 26'40"E | 87.92' | TO THE POINT OF BEGINNING. |
| | | |
| | | AREA = 6.890 ACRES. |

BASIS OF BEARING: N00° 17'58"W ALONG THE SECTION LINE FROM THE SOUTHEAST CORNER OF SECTION 30, TOWNSHIP 4 SOUTH, RANGE 1 EAST, SALT LAKE BASE AND MERIDIAN TO THE EAST 1/4 CORNER OF SAID SECTION.

20 DEC 2002
DATE

[signature]
SURVEYOR
(SEE SEAL BELOW)

## OWNERS' DEDICATION

KNOW ALL MEN BY THESE PRESENTS THAT WE, ALL OF THE UNDERSIGNED OWNERS OF ALL OF THE PROPERTY DESCRIBED IN THE SURVEYOR'S CERTIFICATE HEREON AND SHOWN ON THIS MAP, HAVE CAUSED THE SAME TO BE SUBDIVIDED INTO LOTS, BLOCKS, STREETS AND EASEMENTS AND DO HEREBY DEDICATE THE STREETS AND OTHER PUBLIC AREAS AS INDICATED HEREON FOR PERPETUAL USE OF THE PUBLIC.

IN WITNESS HEREOF WE HAVE HEREUNTO SET OUR HANDS THIS 12 DAY OF March, A.D. 2003

[signature], Manager — Tall Oaks Development, LLC
Jimmy L. Zufelt

## ACKNOWLEDGEMENT

STATE OF UTAH }
COUNTY OF UTAH } S.S.

ON THE 12th DAY OF March, A.D. 2003 PERSONALLY APPEARED BEFORE ME THE SIGNERS OF THE FOREGOING DEDICATION WHO DULY ACKNOWLEDGE TO ME THAT THEY DID EXECUTE THE SAME.
MY COMMISSION EXPIRES Aug 8 2003

[signature]
NOTARY PUBLIC
(SEE SEAL BELOW)

## ACCEPTANCE BY LEGISLATIVE BODY

THE CITY OF LEHI, APPROVES THIS SUBDIVISION AND HEREBY ACCEPTS THE DEDICATION OF ALL STREETS, EASEMENTS AND OTHER PARCELS OF LAND INTENDED FOR PUBLIC PURPOSES FOR THE PERPETUAL USE OF THE PUBLIC THIS 10th DAY OF September, A.D. 2002

[signatures]

APPROVED [signature]
ENGINEER
(SEE SEAL BELOW)

ATTEST Connie J. Ashton
CLERK-RECORDER
(SEE SEAL BELOW)

## BOARD OF HEALTH

APPROVED SUBJECT TO THE FOLLOWING CONDITIONS: ____________

ENT 111018:2003 Map # 10077
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
2003 Jul 21 10:46 am FEE 61.00 BY SFS
RECORDED FOR LEHI CITY CORPORATION

CITY-COUNTY HEALTH DEPARTMENT

## PLANNING COMMISSION APPROVAL

APPROVED THIS 13th DAY OF December, A.D. 2001, BY THE PLANNING COMMISSION

DIRECTOR-SECRETARY

[signature]
CHAIRMAN, PLANNING COMMISSION

PLAT "THREE"

# HARVEST HOMES SUBDIVISION

A RESIDENTIAL SUBDIVISION
INCLUDING A VACATION OF
HARVEST HOMES SUBDIVISION PLAT "TWO"
LOT B DEVELOPMENT LOT

LEHI CITY UTAH COUNTY, UTAH
SCALE: 1"= 80 FEET

| SURVEYOR'S SEAL | NOTARY PUBLIC SEAL | CITY-COUNTY ENGINEER SEAL | CLERK-RECORDER SEAL |
|---|---|---|---|
| REGISTERED LAND SURVEYOR NO. 166572 BARRY ANDREASON State of Utah 12/20/02 | CLINT G CARTER Notary Public State of Utah | LEHI CITY ENGINEER | |

SEC. 30, T4S, R1E, TU 010