# COUNTERCLAIMS EXHIBIT B

**WHEN RECORDED, PLEASE RETURN TO:**

ENT 71654:2014 PG 1 of 9
Jeffery Smith
Utah County Recorder
2014 Oct 06 04:02 PM FEE 1710.00 BY EO
RECORDED FOR Backman FPTP
ELECTRONICALLY RECORDED

Mark E. Rinehart
Attorney at Law
Callister Nebeker & McCullough
Parkview Plaza One
Suite 600
2180 South 1300 East
Salt Lake City, Utah 84106
Telephone: 801-530-7300
Direct: 801-530-7331

Tax Parcels Affected:__________________

# MEMORANDUM OF GRANT OF RESIDENTIAL LICENSE

As of September 30 2014, the undersigned, MOUNTAIN HOME DEVELOPMENT CORPORATION, a Utah corporation ("Grantor"), granted to VERACITY NETWORKS, LLC, a Utah limited liability company ("Grantee"), a license and subeasement (the "Residential License"). The Residential License affects the real property described in Exhibit A attached (the "Property").

The Residential License entitles Grantee to use the Property solely for the purposes of constructing, installing, operating, maintaining, altering, inspecting, removing, and/or enhancing equipment, facilities and structures necessary for, or used in the provision of, certain telecommunications facilities and telecommunications services.

The Residential License may be terminated by Grantor in accordance with the terms of the agreements entered into by Grantor and Grantee, in which case Grantor may record a Notice of Termination of Residential License in the real estate records of Utah County, Utah. Upon any such recording, the Residential License and this Memorandum of Grant of Residential License shall automatically terminate and be of no further force or effect.

**IN WITNESS WHEREOF,** Grantor has executed and delivered this Memorandum of Grant of Residential License on the date set forth below, to be effective as of June ___, 2014..

MOUNTAIN HOME DEVELOPMENT CORPORATION, a Utah corporation

Date: Sept 30, 2014

By: [signature]
Name: Ted H. Heap
Title: Chief Executive Officer

STATE OF UTAH )
:ss
COUNTY OF UTAH )

On this 30 day of June, 2014, before me, Christina Jackson a notary public, personally appeared Ted H. Heap, who acknowledged to me that he executed the foregoing on behalf of MOUNTAIN HOME DEVELOPMENT CORPORATION, a Utah corporation.

Witness my hand and official seal.

[signature]
Notary Public

CHRISTINA JACKSON
Notary Public
State Of Utah
My Commission Expires March 13, 2018
COMMISSION NUMBER 675655

# EXHIBIT "A"

# LEGAL DESCRIPTION

All of Trustor's rights, titles and interests in and to any and all easements, subeasements, licenses and/or sublicenses, as such rights, titles and interests may appear, affecting all or any portion of that certain property located in Utah County, State of Utah, and more particularly described as follows:

Cabela's Lehi City Condominium:

Parcel Nos.: 65-248-0001 through 65-248-0004, Cabela's Lehi City Condominium, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 33347:2007, Map No. 12153, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Chapel Bend Subdivision:

Parcel Nos.: 36-985-0001, 36-985-0003 through 36-985-0028, 36-985-0030 through 36-985-0034, Chapel Bend Subdivision, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 117612:2002, Map No. 9733, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Chapel Bend Subdivision, Phase 2:

Parcel Nos.: 65-016-0001 through 65-016-0031, Chapel Bend Subdivision, Phase 2, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 92616:2003, Map No. 10042, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Chapel Bend Subdivision, Phase 3:

Parcel Nos.: 65-050-0101 through 65-050-0150, Chapel Bend Subdivision, Phase 3, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 56504:2004, Map No. 10413, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Country Run Subdivision, Phase 1:

Parcel Nos.: 36-971-0001 through 36-971-0023, 36-971-0025 through 36-971-0027, Country Run Subdivision, Phase 1, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 98930:2002, Map No. 9637, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Country Run Subdivision, Phase 2:

Parcel Nos.: 65-009-0024 through 65-009-0040, 65-009-0042 through 65-009-0050, 65-009-0052, 65-009-0053, 65-009-0056, 65-009-0057, Country Run Subdivision, Phase 2, as identified in the official records of the County Recorder of Utah County, State of Utah, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Country Run Subdivision, Phase 2A

Parcel Nos.: 65-032-0054 and 65-032-0055, Country Run Subdivision, Phase 2A, as identified in the official records of the County Recorder of Utah County, State of Utah, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Country Run Subdivision, Phase 3:

Parcel Nos.: 65-033-0054 through 65-033-0089, Country Run Subdivision, Phase 3, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No.170397:2003, Map No. 10217, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Country Run Subdivision, Phase 4

Parcel Nos.: 65-034-0093 through 65-034-0122, Country Run Subdivision, Phase 4, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No.170398:2003, Map No. 10218, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Cresthaven Village Townhomes, Plat 2:

Parcel Nos.: 65-337-0009, 65-337-0010, 65-337-0013 through 65-337-0022, 65-337-0027 through 65-337-0035, Cresthaven Village Townhomes, Plat 2, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 57630:2010, Map No. 13282, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Cresthaven Village Townhomes, Plat 3:

Parcel Nos.: 65-347-0001 through 65-347-0006, Cresthaven Village Townhomes, Plat 3, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 40903:2011, Map No. 13459, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Cresthaven Village Townhomes, Plat 4:

Parcel Nos.: 65-360-0001 through 65-360-0006, Cresthaven Village Townhomes, Plat 4, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 8042:2012, Map No. 13601, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Cresthaven Village Townhomes, Plat 5:

Parcel Nos.: 65-359-0001 through 65-359-0009, Cresthaven Village Townhomes, Plat 5, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 8041:2012, Map No. 13600, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Cresthaven Village Townhomes, Plat 6:

Parcel Nos.: 65-376-0001 through 65-376-0010, Cresthaven Village Townhomes, Plat 6, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 101128:2012, Map No. 13773, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Cresthaven Village Townhomes, Plat 7

Parcel Nos.: 65-404-0001 through 65-404-0005, Cresthaven Village Townhomes, Plat 7, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No.19438:2014, Map No. 14187, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Cresthaven Village Townhomes, Plat 8:

Parcel Nos.: 65-412-0001 through 65-412-0007, Cresthaven Village Townhomes, Plat 8, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 41881:2014, Map No. 14279, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Cresthaven Village Townhomes, Plat 9:

Parcel Nos.: 65-413-0001 through 65-413-0007, Cresthaven Village Townhomes, Plat 9, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 41882:2014, Map No. 14280, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Eagle Summit Subdivision, Phase 1:

Parcel Nos.: 38-347-0101 through 38-347-0136, 38-347-0141 through 38-347-0160, 38-347-0163 through 38-347-0176, 38-347-0178, 38-347-0179, 38-347-0181, 38-347-0191, 38-347-0193, 38-347-0194, Eagle Summit Subdivision, Phase 1, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 81662:2004, Map No. 10593, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Eagle Summit Subdivision, Phase 2:

Parcel Nos.: 38-366-0200 through 38-366-0299, 38-366-0301, 38-366-0302, Eagle Summit Subdivision, Phase 2, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 47007:2005, Map No. 11063, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Eagle Summit Subdivision, Phase 3:

Parcel Nos.: 38-368-0001, 38-368-0002, Eagle Summit Subdivision, Phase 3, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 56855:2005, Map No. 11118, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Eagle Summit Subdivision, Phase 4:

Parcel Nos.: 38-369-0001 through 38-369-0004, 38-369-0161, 38-369-0162, Eagle Summit Subdivision, Phase 4, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 56856:2005, Map No. 11119, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Eagle Summit Subdivision, Phase 5:

Parcel Nos.: 38-370-0001, 38-370-0137 through 38-370-0140, Eagle Summit Subdivision, Phase 5, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 56857:2005, Map No. 11120, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Eagle Summit Subdivision, Plat 6A:

Parcel Nos.: 38-426-0001 through 38-426-0003, Eagle Summit Subdivision, Plat 6A, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 100410:2008, Map No. 12841, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Harvest Homes Subdivision, Plat One:

Parcel Nos.: 41-506-0001 through 41-506-0041, 41-506-0043, 41-506-0044, 41-506-0046, 41-506-0047, Harvest Homes Subdivision, Plat One, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 94031:2002, Map No. 9639, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Harvest Homes Subdivision, Plat Two:

Parcel Nos.: 41-540-0038 through 41-540-0071, Harvest Homes Subdivision, Plat Two, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 111019:2003, Map No. 10078, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Harvest Homes Subdivision, Plat Three:

Parcel Nos.: 41-539-0071 through 41-539-0099, Harvest Homes Subdivision, Plat Three, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 111018:2003, Map No. 10077, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Heather Moor Subdivision:

Parcel Nos.: 41-521-0001 through 41-521-0056, 41-521-0058 through 41-521-0100, 41-521-0103, 41-521-0104, 41-521-0106, 41-521-0108, 41-521-0109, Heather Moor Subdivision, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 6141:2003, Map No. 9852, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Hunter Chase Subdivision Phase One:

Parcel Nos.: 41-522-0002 through 41-522-0039, 41-522-0042, 41-522-0043, 41-522-0046, 41-522-0047, 41-522-0051 through 41-522-0053, Hunter Chase Subdivision, Phase One, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 6144:2003, Map No. 9853, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Hunter Chase Subdivision Phase Two:

Parcel Nos.: 41-523-0040 through 41-523-0092, Hunter Chase Subdivision, Phase Two, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 6145:2003, Map No. 9854, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Hunter Chase Subdivision Phase Three:

Parcel Nos.: 41-524-0012 through 41-524-0018, 41-524-0020 through 41-524-0022, Hunter Chase Subdivision, Phase Three, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 6146:2003, Map No. 9855, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Outlets at Traverse Mountain Subdivision, Plat "A":

Parcel No.: 48-401-0001, Outlets at Traverse Mountain Subdivision, Plat "A", as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 70954:2011, Map No. 13537, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Outlets at Traverse Mountain Subdivision, Plat "B":

Parcel Nos.: 48-420-0001 through 48-420-0008, Outlets at Traverse Mountain Subdivision, Plat "B", as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 104844:2013, Map No. 14075, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Shadow Ridge Subdivision, Phase 1:

Parcel No.: 66-034-0202, Shadow Ridge Subdivision, Phase 1, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 81656:2004, Map No. 10591, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Shadow Ridge Subdivision, Phase 1 Amended:

Parcel Nos.: 66-092-0001 through 66-092-0104, 66-092-0106, 66-092-0107, Shadow Ridge Subdivision, Phase 1 Amended, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No.

81738:2005, Map No. 11191, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Shadow Ridge Subdivision, Phase 2:

Parcel Nos.: 66-067-0104 through 66-067-0125, 66-067-0128 through 66-067-0206, Shadow Ridge Subdivision, Phase 2, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 11534:2005, Map No. 10919, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Boulevard North End Subdivision, Plat "A":

Parcel Nos.: 53-307-0001, 53-307-0003 through 53-307-0009, Traverse Mountain Boulevard North End Subdivision, Plat "A", as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 81653:2004, Map No. 10590, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Commercial Subdivision, Plat "A":

Parcel Nos.: 53-257-0001, 53-257-0012 through 53-257-0014, 53-257-0017 through 53-257-0019, Traverse Mountain Commercial Subdivision, Plat "A", as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 115006:2004, Map No. 10731, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Commercial Subdivision, Plat "B":

Parcel Nos.: 53-324-0001, 53-324-0002, Traverse Mountain Commercial Subdivision, Plat "B", as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 32408:2005, Map No. 10999, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Subdivision, Plat "A":

Parcel Nos.: 53-257-0012 and 53-257-0013, Traverse Mountain Subdivision, Plat "A", as identified in the official records of the County Recorder of Utah County, State of Utah, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Subdivision, Plat "B":

Parcel Nos.: 53-284-0019 and 53-284-0020, Traverse Mountain Subdivision, Plat "B", as identified in the official records of the County Recorder of Utah County, State of Utah, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Subdivision, Plat "D":

Parcel Nos.: 53-401-0001 through 53-401-0005, Traverse Mountain Subdivision, Plat "D", as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 137751:2007, Map No. 12491, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Subdivision, Plat "13":

Parcel No.: 53-306-0002, Traverse Mountain Subdivision, Plat "13", as identified in the official records of the County Recorder of Utah County, State of Utah, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Vialetto Subdivision, Phase 1:

Parcel Nos.: 53-426-0001 through 53-426-0038, 53-426-0041 through 53-426-0047, 53-426-0052 through 53-426-0054, Traverse Mountain Vialetto Subdivision, Phase 1, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 114726:2008, Map No. 12894, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Vista Ridge Subdivision, Phase 1:

Parcel Nos.: 54-203-0001 through 54-203-0044, 54-203-0046 through 54-203-0048, Vista Ridge Subdivision, Phase 1, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 66759:2005, Map No. 11146, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Vista Ridge Subdivision, Phase 2:

Parcel Nos.: 54-209-0045 through 54-209-0082, Vista Ridge Subdivision, Phase 2, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 128501:2005, Map No. 11353, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Vista Ridge Subdivision, Phase 3:

Parcel Nos.: 54-215-0001 through 54-215-0032, Vista Ridge Subdivision, Phase 3, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 30063:2006, Map No. 11560, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Vista Ridge Subdivision, Phase 4:

Parcel Nos.: 54-219-0001 through 54-219-0017, Vista Ridge Subdivision, Phase 4, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 71808:2006, Map No. 11699, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Winter Haven Subdivision, Phase 1 (amended):

Parcel Nos.: 55-629-0100 through 55-629-0133, 55-629-0136 through 55-629-0164, 55-629-0166 through 55-629-0193, 55-629-0195 through 55-629-0224, Winter Haven Subdivision, Phase 1 (amended), as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 54075:2005, Map No. 11093, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Winter Haven Subdivision, Phase 2:

Parcel Nos.: 55-630-0200 through 55-630-0209, 55-630-0212 through 55-630-0309, Winter Haven Subdivision, Phase 2, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 54076:2005, Map No. 11094, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Woodhaven Subdivision, Phase 1:

Parcel Nos.: 55-625-0001 through 55-625-0016, 55-625-0020 through 55-625-0061, 55-625-0066 through 55-625-0072, 55-625-0080 through 55-625-0082, Woodhaven Subdivision, Phase 1, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 32870:2005, Map No. 11004, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Woodhaven Subdivision, Phase 2:

Parcel Nos.: 55-633-0201 through 55-633-0239, 55-633-0241 through 55-633-0259, 55-633-0261 through 55-633-0266, Woodhaven Subdivision, Phase 2, as identified in the official records of the County Recorder of Utah County,

State of Utah, Entry No. 67505:2005, Map No. 11147, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Woodhaven Subdivision, Phase 3:

Parcel Nos.: 55-656-0301 through 55-656-0347, 55-656-0350, 55-656-0351, Woodhaven Subdivision, Phase 3, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 4948:2006, Map No. 11456, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Seasons at Traverse Mountain Subdivision, Plat "A":

Parcel Nos.: 66-411-0001 through 66-411-0003, Seasons at Traverse Mountain Subdivision, Plat "A", as identified in the official records of the County Recorder of Utah County, State of Utah, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Blvd. Church Subdivision:

Parcel Nos.: 53-377-0001 and 53-377-0002, Traverse Mountain Blvd. Church Subdivision, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 43827:2007, Map No. 12174, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Traverse Mountain Elementary Subdivision:

Parcel Nos.: 58-002-0151, 58-002-0154, 55-625-0078, Traverse Mountain Elementary Subdivision, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 90575:2009, Map No. 13082, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Fox Canyon Road (2):

Parcel No.: 11-013-0102, Fox Canyon Road Dedication Plat No. 2, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 105796:2007, Map No. 12375, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Vialetto Way Road:

Parcel No.: 11-013-0104, Vialetto Way Road Dedication Plat, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 105797:2007, Map No. 12376, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Fox Canyon Road:

Parcel No.: 58-002-0116, Fox Canyon Road Dedication Plat, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 81661:2004, Map No. 10592, including all parcels, units, lots, open space, common areas, and public roads identified therein.

Morning Glory Road:

Parcel No.: 11-031-0069, Morning Glory Road Dedication Plat, as identified in the official records of the County Recorder of Utah County, State of Utah, Entry No. 54730:2006, Map No. 11629, including all parcels, units, lots, open space, common areas, and public roads identified therein.

ENT 88194:2007 PG 1 of 128
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
2007 Jun 18 11:25 am FEE 264.00 BY SW
RECORDED FOR COMMERCE LAND TITLE INCORPO
ELECTRONICALLY RECORDED

WHEN RECORDED, MAIL TO:

MOUNTAIN HOME DEVELOPMENT CORPORATION
3940 N. Traverse Mountain Blvd., #200
Lehi, UT 84043

---

*(Space Above for Recorder's Use)*

# AMENDED AND RESTATED MASTER DECLARATION

# OF

# COVENANTS, CONDITIONS, RESTRICTIONS

# AND RESERVATION OF EASEMENTS

# FOR

# TRAVERSE MOUNTAIN

# A MASTER PLANNED COMMUNITY

***Pages i-11

[redacted]

**1.64 TELECOMMUNICATIONS FACILITIES.** Telecommunication Facilities means (1) Improvements, equipment and facilities for (i) telecommunications, (ii) transfer of audio, video and data signals, (iii) transfer of any other signals used for transmission of intelligence by electrical, light wave, wireless frequencies or radio frequencies, and (iv) any other methods of communication and information transfer; (2) all associated Improvements, equipment and facilities, including but not limited to outside plant ducts, manholes, riser cables, protection equipment, communications rooms, antennas, power outlets, power conditioning and back-up power supplies, cross connect hardware, copper, fiber, and coaxial cables, towers, broadcasting and receiving devices, conduits, junction boxes, wires, cables, fiber optics, and any other necessary or appropriate enclosures and connections; and (3) power generation serving the Improvements, equipment and facilities described in subparts (1) and (2) of this sentence. Declarant intends to have the term "Telecommunication Facilities" be interpreted as broadly as possible and to include relocated facilities, expansion of facilities, and/or facilities used for any and all new technology that replaces any Telecommunication Facilities. If there is a doubt as to whether an item fits within the definition of Telecommunication Facilities, the term is to be interpreted to include that item.

**1.65 TELECOMMUNICATIONS SERVICES.** Telecommunications Services means Telecommunication Facilities, Improvements, and services for cable television, communications, telecommunications, antenna, high-speed data, telephony and all related vertical services, intranet, internet, information transfer (including wireless transfer), transmission, video and other similar services. Declarant may expand this definition in any Supplemental Declaration.

[redacted]

***Pages 13 - 3

[redacted]

**6.6 MASTER TELECOMMUNICATIONS EASEMENTS.**

**6.6.1 <u>Reservation of Master Telecommunication Easements</u>.** The term "Telecommunication Easement Area" used in this Section 6.6 means the Common Area, Master Association Property and the portion of each Lot with a width measured from each Lot line and extending two feet into the Lot and with a length equal to each Lot line. To the maximum extent allowed by law, Declarant excepts and reserves from the Telecommunication Easement Area and retains the right to transfer and assign exclusive and nonexclusive easements in gross for the purposes of installing, maintaining, operating and relocating Telecommunication Facilities and conducting Telecommunication Services in the Properties. Declarant also reserves, together with the right to grant and transfer all or a portion of the same, exclusive and nonexclusive easements in gross over and under the Telecommunication Easement Area for the purpose of access for the Telecommunication Services and to the Telecommunication Facilities. The easements reserved in this Section 6.6 are referred to as "Master Telecommunication Easements."

**6.6.2 <u>Rights in Connection with Master Telecommunication Easements</u>.** The holder of any Master Telecommunication Easements has the right to trim and remove landscaping whenever, in easement holder's reasonable judgment, it is necessary for the convenient and safe use of the Master Telecommunication Easements. The Telecommunication Facilities will not be deemed to be affixed to or a fixture of the Properties unless otherwise indicated in a Recorded instrument. No one other than the holder of the Master Telecommunication Easements has the right to access, operate, or move the Telecommunication Facilities.

**6.6.3 <u>Limits on Use of the Properties</u>.** No Person shall alter any Telecommunication Facilities without the prior consent of owner of the Telecommunication Facilities. No Person shall grant or dedicate any easements, licenses or other rights on, across, under or over or affecting the Properties that interfere, compete or conflict with the terms of any Recorded grants of Telecommunication Easements. Master Association, the Owners and the Sub Associations shall execute and allow to be Recorded against the Properties such documents as are reasonably required in connection with exercise or protection of rights as established in a Recorded grant of Master Telecommunication Easements.

[redacted]

[redacted]

***Pages 38 - End of Doc

**TELECOMMUNICATION AND PREFERRED PROVIDER AGREEMENT**
(MHDC, [redacted] and Veracity)

[redacted]

[redacted]

MOUNTAIN HOME DEVELOPMENT CORPORATION,
a Utah corporation

and

VERACITY NETWORKS, LLC,
a Utah limited liability company

September 30 , 2014
Lehi, Utah

*** Table of Contents

**TELECOMMUNICATION AGREEMENT**
(MHDC, TCI and Veracity)

This TELECOMMUNICATIONS AGREEMENT (MHDC, TCI and Veracity) (this "Agreement") is entered into on the dates set forth below, to be effective as of September 30 , 2014 (the "Effective Date"), by and among [redacted], MOUNTAIN HOME DEVELOPMENT CORPORATION, a Utah corporation ("MHDC"), and VERACITY NETWORKS, LLC, a Utah limited liability company ("Veracity"). [redacted] MHDC and Veracity are referred to collectively herein as the "Parties" and sometimes individually as a "Party." Unless otherwise defined herein, capitalized terms used in this Agreement have the meanings given in the Residential CC&R's and the Commercial CC&R's (defined below).

Recitals

A. Under Section 6.6.1 of the Amended And Restated Master Declaration Of Covenants, Conditions, Restrictions And Reservation Of Easements For Traverse Mountain A Master Planned Community, recorded as Entry No. 88194:2007 in the official records of the Utah County Recorder's Office, as amended or supplemented from time to time (the "Residential CC&R's"), MHDC has the exclusive right to own and grant easements (referred to in the Residential CC&R's as "Master Telecommunications Easements") burdening the "Telecommunication Easement Area" that is described in the Residential CC&R's.

B. Such easements are "exclusive and nonexclusive easements in gross for the purposes of installing, maintaining, operating and relocating Telecommunication Facilities and conducting Telecommunication Services in the Properties."

C. The property subject to the Residential CC&R's is referred to herein as the "Residential Property."

D. Under the same Section 6.6.1, MHDC has also reserved, the right to grant and transfer all or a portion of the same Master Telecommunications Easements, together with exclusive and nonexclusive easements in gross over and under the Telecommunication Easement Area for the purpose of access for the Telecommunication Services and to the Telecommunication Facilities.

[redacted]

[redacted]

G. The Residential Property and the Commercial Property are referred to jointly herein as the "Property."

[redacted]

[redacted]

[redacted]

[redacted].

Agreement

THEREFORE, in consideration of the mutual covenants herein contained, and for other good and valuable consideration, the sufficiency and receipt of all of which are hereby acknowledged, the Parties, intending to be legally bound, hereby agree as follows.

[redacted]

2. Grant of License, Subeasement and Preferred Service Provider. Unless and until this Agreement terminates, Veracity shall be the preferred provider (as more fully described below) of Services to occupants of the Property.

(a) To this end, MHDC hereby grants Veracity a license and subeasement (the "Residential License") of all of MHDC's rights under the Master Telecommunications Easements. Veracity shall be entitled to record a memorandum of the Residential License, in substantially the form of Exhibit A attached, in the real estate records of Utah County, Utah. The Residential License shall be terminable, at the option of MHDC, upon termination of this Agreement.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

*** Page 4- End of Doc