# COUNTERCLAIMS EXHIBIT C

# THE SPRINGS AT WATERS EDGE PLAT "B"

LOCATED IN THE SOUTHEAST QUARTER OF SECTION 7, TOWNSHIP 6 SOUTH, RANGE 2 EAST, SALT LAKE BASE AND MERIDIAN




| Line Table | | |
|---|---|---|
| LINE | LENGTH | BEARING |
| L1 | 13.71 | N85°57'24"W |
| L2 | 17.58 | N10°29'43"W |
| L3 | 11.00 | N4°02'36"E |
| L4 | 11.00 | N4°02'36"E |
| L5 | 18.43 | S85°57'24"E |
| L6 | 11.00 | S86°07'58"E |
| L7 | 11.00 | S86°07'58"E |
| L8 | 11.00 | S86°07'58"E |
| L9 | 11.00 | S86°07'58"E |
| L10 | 11.00 | N86°15'36"W |
| L11 | 11.00 | N86°15'36"W |
| L12 | 17.00 | N3°44'24"E |
| L13 | 11.00 | N86°15'36"W |
| L14 | 11.00 | N86°15'36"W |
| L15 | 17.00 | S3°44'24"W |
| L16 | 5.89 | N15°44'00"E |
| L17 | 20.50 | S3°52'02"W |
| L18 | 20.50 | S3°52'02"W |
| L19 | 15.05 | S86°07'58"E |
| L20 | 14.95 | S86°07'58"E |
| L21 | 20.50 | S3°52'02"W |
| L22 | 20.50 | S3°52'02"W |
| L23 | 17.05 | S86°07'58"E |
| L24 | 14.95 | S86°07'58"E |
| L25 | 20.50 | S3°52'02"W |
| L26 | 20.50 | S3°52'02"W |
| L27 | 13.78 | S86°07'58"E |
| L28 | 20.50 | S86°15'36"E |
| L29 | 16.43 | N3°44'24"E |
| L30 | 15.11 | N3°44'24"E |
| L31 | 20.50 | S86°15'36"E |
| L32 | 20.50 | S86°15'36"E |
| L33 | 10.76 | N3°44'24"E |
| L34 | 10.71 | N3°44'23"E |
| L35 | 10.42 | N3°44'24"E |
| L36 | 10.37 | N3°44'24"E |
| L37 | 20.50 | S3°50'07"W |
| L38 | 19.50 | N4°06'17"E |
| L39 | 15.00 | S85°59'53"E |
| L40 | 15.00 | S85°59'53"E |
| L41 | 20.00 | N85°59'53"W |
| L42 | 10.00 | N85°59'53"W |
| L43 | 132.00 | S4°02'36"W |
| L44 | 37.00 | S86°07'58"E |
| L45 | 55.71 | S86°09'53"E |
| L46 | 0.50 | S86°09'53"E |

CURVE TABLE

| CURVE | LENGTH | RADIUS | DELTA | TANGENT | CHORD | CHORD BEARING |
|---|---|---|---|---|---|---|
| C1 | 54.45 | 1047.50 | 2°58'43" | 27.23 | 54.45 | S73°08'17"E |
| C2 | 4.73 | 3.00 | 90°21'38" | 3.02 | 4.26 | S29°26'49"E |
| C3 | 4.52 | 3.00 | 86°15'19" | 2.81 | 4.10 | N58°51'39"E |
| C4 | 317.06 | 1047.50 | 17°20'32" | 159.75 | 315.85 | S86°40'58"E |
| C5 | 9.88 | 74.50 | 7°35'41" | 4.94 | 9.87 | N88°26'36"E |
| C6 | 16.64 | 125.50 | 7°35'41" | 8.33 | 16.62 | N88°26'36"E |
| C7 | 15.82 | 9.50 | 95°24'15" | 10.44 | 14.05 | S47°39'07"E |
| C8 | 223.68 | 1449.00 | 8°50'41" | 112.06 | 223.46 | S4°28'21"W |
| C9 | 35.79 | 1047.50 | 1°57'28" | 17.90 | 35.79 | S79°40'36"E |
| C10 | 71.99 | 1047.50 | 3°56'15" | 36.01 | 71.97 | S82°37'28"E |
| C11 | 77.02 | 1047.50 | 4°12'46" | 38.53 | 77.00 | S86°41'59"E |
| C12 | 77.27 | 1047.50 | 4°13'36" | 38.65 | 77.26 | N89°04'50"E |
| C13 | 42.44 | 1047.50 | 2°19'16" | 21.22 | 42.43 | N85°48'24"E |
| C14 | 22.20 | 215.00 | 5°54'57" | 11.11 | 22.19 | S11°32'13"W |
| C15 | 4.65 | 215.00 | 1°14'18" | 2.32 | 4.65 | S15°06'51"W |
| C16 | 21.70 | 1449.00 | 0°51'29" | 10.85 | 21.70 | N1°50'28"E |
| C17 | 42.01 | 1449.00 | 1°39'40" | 21.01 | 42.01 | N3°06'02"E |
| C18 | 42.00 | 1449.00 | 1°39'39" | 21.00 | 42.00 | N4°45'41"E |
| C19 | 42.04 | 1449.00 | 1°39'44" | 21.02 | 42.03 | N6°25'23"E |
| C20 | 41.49 | 1449.00 | 1°38'26" | 20.75 | 41.49 | N8°04'28"E |
| C21 | 18.39 | 220.00 | 4°47'24" | 9.20 | 18.39 | N6°29'59"E |
| C22 | 16.72 | 200.00 | 4°47'24" | 8.37 | 16.72 | N6°29'59"E |
| C23 | 24.89 | 15.00 | 95°03'34" | 16.39 | 22.13 | N38°38'06"W |
| C24 | 22.79 | 15.00 | 87°02'32" | 14.24 | 20.66 | N50°18'51"E |

CURVE TABLE

| CURVE | LENGTH | RADIUS | DELTA | TANGENT | CHORD | CHORD BEARING |
|---|---|---|---|---|---|---|
| C25 | 23.62 | 15.00 | 90°14'15" | 15.06 | 21.26 | N41°00'51"W |
| C26 | 23.50 | 15.00 | 89°45'45" | 14.94 | 21.17 | N48°59'09"E |
| C27 | 23.60 | 15.00 | 90°07'39" | 15.03 | 21.24 | S48°48'13"W |
| C28 | 23.53 | 15.00 | 89°52'21" | 14.97 | 21.19 | S41°11'47"E |
| C29 | 38.20 | 182.50 | 11°59'36" | 19.17 | 38.13 | S9°44'12"W |
| C30 | 19.03 | 95.00 | 11°28'42" | 9.55 | 19.00 | S21°28'21"W |
| C31 | 21.04 | 105.00 | 11°28'42" | 10.55 | 21.00 | N21°28'21"E |
| C32 | 43.76 | 215.00 | 11°39'39" | 21.95 | 43.68 | S9°54'10"W |
| C33 | 41.86 | 200.00 | 11°59'36" | 21.01 | 41.79 | S9°44'12"W |
| C34 | 4.01 | 15.00 | 15°19'53" | 2.02 | 4.00 | S11°24'20"W |
| C35 | 19.58 | 15.00 | 74°47'46" | 11.47 | 18.22 | S56°28'09"W |
| C36 | 18.53 | 15.00 | 70°47'38" | 10.66 | 17.38 | N50°44'09"W |
| C37 | 5.09 | 15.00 | 19°26'37" | 2.57 | 5.07 | N5°37'02"W |
| C38 | 30.95 | 182.50 | 9°43'01" | 15.51 | 30.91 | S8°35'54"W |
| C39 | 7.25 | 182.50 | 2°16'35" | 3.63 | 7.25 | S14°35'42"W |
| C40 | 16.91 | 215.00 | 4°30'24" | 8.46 | 16.91 | S6°19'32"W |
| C41 | 34.44 | 1449.00 | 1°21'43" | 17.22 | 34.44 | N0°43'52"E |
| C42 | 63.84 | 120.00 | 30°29'01" | 32.70 | 63.09 | S50°19'00"E |
| C43 | 12.55 | 1047.50 | 0°41'11" | 6.27 | 12.55 | S78°21'17"E |
| C44 | 25.42 | 62.50 | 23°18'00" | 12.89 | 25.24 | N73°31'42"E |
| C45 | 3.43 | 105.00 | 1°52'26" | 1.72 | 3.43 | N16°40'12"E |
| C46 | 17.60 | 105.00 | 9°36'16" | 8.82 | 17.58 | N22°24'33"E |
| C47 | 8.68 | 185.00 | 2°41'19" | 4.34 | 8.68 | N5°26'56"E |

NOTES:
1- THIS AREA HAS HISTORICALLY HAD A HIGH WATER TABLE, AND THE TOWN OF VINEYARD WILL HAVE NO LIABILITY FOR ANY DAMAGES DUE TO THE HIGH WATER TABLE. A LAND DRAIN FOR EACH LOT WILL BE REQUIRED AND MAINTAINED BY THE PROPERTY OWNER.
2- PROPERTY OWNERS SHOULD BE AWARE THAT THIS AREA IS LOCATED IN THE VICINITY OF A RAILROAD SYSTEM.
3- ALL ROADS ARE PRIVATE
4- DEVELOPER SHALL EXCEPT FROM ANY PUBLIC UTILITY EASEMENT SHOWN THEREON, AND RESERVE TO ITSELF AND ITS DESIGNEE, THE RIGHT TO DESIGN, ENGINEER, CONSTRUCT, INSTALL, TEST, OPERATE, MAINTAIN, REPAIR, REPLACE, RELOCATE, REMOVE AND MANAGE COMMUNICATIONS FACILITIES.
5- OPEN SPACE TO BE MAINTAINED BY VINEYARD CITY. COMMON SPACE TO BE MAINTAINED BY HOA.

| LAND USE | |
|---|---|
| TOTAL ACREAGE: | 7.48 acres |
| OPEN SPACE | 65,185 sq ft |
| TOTAL LOTS: | 64 LOTS |
| NO. LOTS / ACRE: | 8.55 |
| ZONING: | SFD-C |

DEVELOPER: FLAGSHIP HOMES
170 SOUTH INTERSTATE PLAZA, SUITE 250
LEHI, UT 84043 801-766-4442

**TRANE ENGINEERING, P.C.**
CONSULTING ENGINEERS AND LAND SURVEYORS
27 EAST MAIN LEHI, UTAH 84043 (801) 768-4544




## VICINITY MAP
NTS

SCALE: 1" = 50' (24"x36")
SCALE: 1" = 100' (11"x17")




ZONE SFD-C
SETBACK AND EASEMENT DETAIL

BASIS OF BEARING SECTION LINE N 89°25'01" E

FOUND BRASS CAP
SOUTHEAST CORNER OF SECTION 7,
TOWNSHIP 6 SOUTH, RANGE 2 EAST,
SALT LAKE BASE AND MERIDIAN

FOUND BRASS CAP 1989
SOUTH QUARTER OF SECTION 8,
TOWNSHIP 6 SOUTH, RANGE 2 EAST,
SALT LAKE BASE AND MERIDIAN

15355

## SURVEYOR'S CERTIFICATE

I, TRAVIS TRANE, do hereby certify that I am a Professional Land Surveyor, and that I hold License No. 5152741, as prescribed under the laws of the State of Utah. I further certify that by authority of the owners, I have made a survey of the tract of land shown on this plat and described heron, and have subdivided said tract of land into lots and streets, together with easements, hereafter to be known as THE SPRINGS AT WATERS EDGE PLAT "B" and that the same has been correctly surveyed and monumented on the ground as shown on this plat.

## BOUNDARY DESCRIPTION

Beginning at a point which is North 556.52 feet and West 154.82 feet from the Southeast Corner of Section 7, Township 6 South, Range 2 East, Salt Lake Base and Meridian thence North 81°06'19" West 80.00 feet; thence North 58°28'24" West 43.34 feet; thence North 86°09'53" West 58.01 feet; thence North 03°50'07" East 90.00 feet; thence North 08°00'00" East 63.14 feet; thence North 03°44'24" East 126.00 feet; thence North 86°15'36" West 378.92 feet; thence North 84°20'03" West 62.81 feet; thence North 86°06'30" West 160.75 feet; thence North 10°29'43" West 396.94 feet; thence South 71°38'56" East 243.14 feet; thence Southeasterly 54.45 feet along the arc of a 1047.50 foot radius curve to the left, through a central angle of 02°58'43", the chord of which bears South 73°08'17" East 54.45 feet; thence Southeasterly 4.73 feet along the arc of a 3.0 foot radius curve to the right, through a central angle of 90°21'38", the chord of which bears South 29°26'49" East 4.26 feet; thence South 76°32'21" East 56.04 feet; thence Northeasterly 4.52 feet along the arc of a non-tangent 3.0 foot radius curve to the right, through a central angle of 86°15'19", the chord of which bears North 58°51'39" East 4.10 feet; thence Easterly 317.06 feet along the arc of a 1047.50 foot radius curve to the left, through a central angle of 17°20'32", the chord of which bears South 86°40'58" East 315.85 feet; thence North 84°38'46" East 50.96 feet; thence Easterly 9.88 feet along the arc of a 74.50 foot radius curve to the right, through a central angle of 07°35'41", the chord of which bears North 88°26'36" East 9.87 feet; thence South 87°45'33" East 77.52 feet; thence Easterly 16.64 feet along the arc of a 125.50 foot radius curve to the left, through a central angle of 07°35'41", the chord of which bears North 88°26'36" East 16.62 feet; thence North 84°38'46" East 81.39 feet; thence Southeasterly 15.82 feet along the arc of a 9.50 foot radius curve to the right, through a central angle of 95°24'15", the chord of which bears South 47°39'07" East 14.05 feet; thence Southerly 223.68 feet along the arc of a 1449.00 foot radius curve to the right, through a central angle of 08°50'41", the chord of which bears South 04°28'21" West 223.46 feet; thence South 08°53'41" West 406.53 feet to the point of beginning.

7.48 acres

Basis of Bearing: the line between the Southeast Corner of Section 7 and the South Quarter Corner of Section 8, Township 6 South, Range 2 East, Salt Lake Base and Meridian Which bears North 89°25'01" East

Dec 13, 2016
DATE

[signature]
SURVEYOR
(See Seal Below)

SEC 7-T6S-R2E
TL095

## OWNER'S DEDICATION

Know all men by these presents that the undersigned are the owners of the above described tract of land, and hereby cause the same to be divided into lots, parcels and streets, together with easements as set forth to be hereafter known as THE SPRINGS AT WATERS EDGE PLAT "B" and do hereby dedicate for the perpetual use of the public all roads and other areas shown on this plat as intended for public use. The undersigned owners also hereby convey to any and all public utility companies a perpetual, non-exclusive easement over the public utility easements shown on this plat, the same to be used for the installation, maintenance and operation of utility lines and facilities.

IN WITNESS HEREOF WE HAVE HEREUNTO SET OUR HANDS THIS 14th DAY OF December, 20 16

[signature]
Nate Hutchinson, Manager, Building Construction Partners, LLC

## ACKNOWLEDGEMENT

STATE OF UTAH )
: S.S.
COUNTY OF UTAH )

ON THE 14th DAY OF December, 20 16 PERSONALLY APPEARED BEFORE ME THE SIGNERS OF THE FOREGOING DEDICATION WHO DULY ACKNOWLEDGE TO ME THAT THEY DID EXECUTE THE SAME.

NOTARY E. Rachel Wilson
COMMISSION # 679273
MY COMMISSION EXPIRES Sept. 22, 2018
A NOTARY PUBLIC COMMISSIONED IN UTAH

[signature]
NOTARY PUBLIC SIGNATURE

ENT 912:2017 Map # 15355
JEFFERY SMITH
UTAH COUNTY RECORDER
2017 Jan 04 4:19 pm FEE 98.00 BY VP
RECORDED FOR TOWN OF VINEYARD

PLAT "B"

# THE SPRINGS AT WATERS EDGE

*A RESIDENTIAL SUBDIVISION*

VINEYARD, UTAH COUNTY, UTAH
SCALE: 1"= 50 FEET

RECORDING INFORMATION

| MAYOR APPROVAL | PLANNING COMMISSION APPROVAL | VINEYARD ENGINEER APPROVAL | VINEYARD ATTORNEY |
|---|---|---|---|
| APPROVED BY THE MAYOR ON THIS 4 DAY OF Dec, 20 16 | APPROVED BY PLANNING COMMISSION ON THIS 21 DAY OF December, 20 16 | APPROVED BY VINEYARD ENGINEER ON THIS 28th DAY OF December, 20 16 | APPROVED BY VINEYARD ATTORNEY ON THIS 28 DAY OF Dec., 20 16 |
| [signature] MAYOR | [signature] CHAIRMAN, PLANNING COMMISSION | [signature] VINEYARD ENGINEER | [signature] VINEYARD ATTORNEY |

| SURVEYOR SEAL | NOTARY PUBLIC SEAL | CITY-COUNTY ENGINEER SEAL | CLERK-RECORDED SEAL |
|---|---|---|---|
| PROFESSIONAL LAND SURVEYOR 12-13-16 No. 5152741 TRAVIS TRANE STATE OF UTAH | E. RACHEL WILSON NOTARY PUBLIC • STATE OF UTAH COMMISSION NUMBER 679273 My Commission Expires Sept. 22, 2018 | | 1-3-17 |